EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 27 2002

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 02-00281 |
| Plaintiff, ) | INDICTMENT |
| vs. ) | |
| ANDREW M. SATO, ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about March 17, 2002, in the District of Hawaii and elsewhere, ANDREW M. SATO did knowingly, and with intent to defraud, use an unauthorized access device, namely, a First Hawaiian Bank Mastercard number assigned to Neil B., to obtain goods and services having a value of more than One Thousand

Dollars ($1,000), thereby having an effect on interstate commerce.

In violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT 2

The Grand Jury further charges:

From on or about May 24, 2002, through on or about June 11, 2002, in the District of Hawaii and elsewhere, ANDREW M. SATO did knowingly, and with intent to defraud, use an unauthorized access device, namely, an American Savings Bank Visa card number assigned to Patrick L., to obtain goods and services having a value of more than One Thousand Dollars ($1,000), thereby having an effect on interstate commerce.

In violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT 3

The Grand Jury further charges:

From on or about June 1, 2002, through on or about June 12, 2002, in the District of Hawaii and elsewhere, ANDREW M. SATO did knowingly, and with intent to defraud, use an unauthorized access device, namely, a Bank of Hawaii American Express card number assigned to Guy S., to obtain goods and services having a value of more than One Thousand Dollars ($1,000), thereby having an effect on interstate commerce.

In violation of Title 18, United States Code, Section 1029(a)(2).

Dated: Honolulu, Hawaii, June 27, 2002.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

<u>United States v. Andrew M. Sato</u>
"Indictment"
Cr. No. _____