# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/20/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 02-00281DAE

CASE NAME:       United States of America Vs. Andrew Sato

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Edward F. Shea          REPORTER:

DATE:    12/20/2005              TIME:

---

COURT ACTION:  EO: A Status Conference Regarding the Petition for Modifications of Conditions of Supervised Release set for January 18, 2006 @ll:00 a.m.  Before Judge Shea.  Judge Shea will be participating by Video Conference.  Defendant's Counsel is to ask the Defendant if he would sign a waiver allowing the hearing to be held via-video conference.


cc: All Counsel of Record, Probation Office and Mark Afuso


Submitted by Leslie L. Sai, Courtroom Manager