# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/18/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR NO. 02-00281DAE

CASE NAME:          United States of America Vs. Andrew M. Sato

ATTYS FOR PLA:      Lawrence Tong and Probation Officer-J. Martin Romualdez

ATTYS FOR DEFT:     Alexander Silvert

INTERPRETER:

JUDGE:     Edward F. Shea            REPORTER:    Stephen Platt

DATE:      1/18/2006                 TIME:        ll:09am-ll:32am

COURT ACTION:  EP: Request for Course of Action-Re Petition for modifications of conditions of Supervised Release-Judge Shea participated in this hearing by Video-Conference-Defendant present not in Custody.

Stipulation by Defendant to proceed via Video Conference signed and filed.

Court hereby Orders the following Modifications of conditions of Supervised Release-

Special Condition No. 1-That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

Special Condition No. 2-That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office.

Special Condition No. 3-The defendant shall submit his person, residence, place of employment, vehicle, computer, computer disks, and other electronic storage media to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  The defendant shall also submit to periodic unannounced examinations of his personal, private computer and computer accessories at his residence or in his possession as well as provide access to his internet service provider account

records, as directed by the Probation Office. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

AUSA-Larry Tong to prepare the Order.

Submitted by Leslie L. Sai, Courtroom Manager