AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 19 2006

at 9 o'clock and 3⁰ min. a.m.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

SUMMONS IN A CRIMINAL CASE

V.

Case Number: CR 02-00281EFS-01

ANDREW M. SATO
(Name and Address of Defendant)

1/18/06: Sent to Court.

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| | Date and Time |
| Before: Edward F. Shea, United States District Judge | January 18, 2006 at 11:00 a.m. |

Hearing re: Petition for Action of Course re: Modification of Supervised Release Conditions

2006 JAN 10 PM 2:47
U.S. MARSHALS SERVICE
HONOLULU, HI.
RECEIVED

Sue Beitia
Name and Title of Issuing Officer

_(signature)_
Signature of Issuing Officer/Deputy Clerk

January 10, 2006
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 02-00281EFS-01
USA vs. Andrew M. Sato

### RETURN OF SERVICE

Service as made by me on:[1]   Date 01-18-06

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USDC

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on   1-18-06                     Mark M. Hanohano
                 Date                        Name of United States Marshal

                                          _____
                                          (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure