EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG  #3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 02-00281 DAE |
| Plaintiff, | ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE; CERTIFICATE OF SERVICE |
| vs. | |
| ANDREW M. SATO, | |
| Defendant. | |

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On January 18, 2006, the Court had a hearing on the United States Probation Office's petition for modifications of conditions of supervised release.  Lawrence Tong, Assistant United States Attorney, and J. Martin Romualdez, United States Probation Officer, appeared on behalf of the government. Alexander Silvert, First Assistant Federal Public Defender, appeared on behalf of defendant Andrew M. Sato, who was also present.  With the consent of defendant, United States District

Judge Edward F. Shea appeared via video conference. The Court having considered the petition, the supporting memorandum, and the arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the petition be and is granted in part, and denied in part, and that defendant's conditions of supervised release shall be modified to include the following conditions:

Special Condition No. 1 -- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U. S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

Special Condition No. 2 -- That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office.

Special Condition No. 3 -- The defendant shall submit his person, residence, place of employment, vehicle, computer, computer disks, and other electronic storage media to a search conducted by the U. S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. The defendant shall also submit to periodic unannounced examinations of his personal, private computer and

computer accessories at his residence or in his possession as well as provide access to his internet service provider account records, as directed by the Probation Office. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residence that the premises may be subject to search pursuant to this condition.

All other conditions of supervised release previously imposed shall remain in effect.

DATED: Honolulu, Hawaii, _____

1/31/06

USA v. Andrew Sato
Cr. No. 02-00281 DAE
"Order Modifying Conditions of Supervised Release"

3

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served, by hand delivery, to the following:

>ALEXANDER SILVERT
>First Assistant Federal Public Defender
>300 Ala Moana Blvd., Room 7-104
>Honolulu, HI  96850
>
>Attorney for Defendant
>ANDREW M. SATO
>
>
>UNITED STATES PROBATION OFFICE
>300 Ala Moana Blvd., Room C-110
>Honolulu, Hawaii 96850-0001

DATED:  January 26, 2006, at Honolulu, Hawaii.

_____