FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 06 2006

at __10__ o'clock __35__ min. __M__
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> ANDREW M. SATO ) <br> ) | CRIMINAL NO. CR 02-00281EFS-01 |

### ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to South Korea, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 11/15/2006 through on or about 11/20/2006, contingent upon approval from the government of South Korea.

Dated: ~~October 30~~ 11/3, 2006 at Honolulu, Hawaii.

EDWARD F. SHEA
U.S. District Judge